John D. Fiero (CA Bar No. 136557)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415.263.7000
Facsimile: 415.263.7010
E-mail: jfiero@pszjlaw.com

*Attorneys for Equity Owners*
*Ross Sullivan and Kelleen Sullivan*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SANTA ROSA DIVISION

| | |
|---|---|
| **In re** | Case No.: 17-10067-RLE |
| **SVP,** | (Jointly Administered) |
| Debtor. | Chapter 11 |
| | **CERTIFICATE OF SERVICE** |
| | **CONFIRMATION HEARING** |
| | Date: February 26, 2020 |
| | Time: 10:00 a.m. |
| | Place: 1300 Clay Street, Room 201 |
| | Oakland, CA 94612 |
| | Judge: The Hon. Roger L. Efremsky |

| | |
|---|---|
| 1 | STATE OF CALIFORNIA ) |
| 2 | ) |
| | CITY OF SAN FRANCISCO ) |

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On December 20, 2019, I caused to be served the following documents in the manner stated below:

- **COMBINED PLAN AND DISCLOSURE STATEMENT PROPOSED BY SULLIVAN FAMILY (DECEMBER 20, 2019)**

- **NOTICE OF (1) PLAN CONFIRMATION HEARING, AND (2) BALLOTING AND OBJECTION DEADLINES RELATED CONFIRMATION OF THE COMBINED PLAN AND DISCLOSURE STATEMENT PROPOSED BY SULLIVAN FAMILY (DECEMBER 20, 2019)**

- **BALLOT**

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **December 20, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on December 20, 2019 at San Francisco, California.

*/s/ Oliver Carpio*
Legal Assistant

## 1. SERVED VIA ECF/NEF

- **Jay D. Crom**    jcrom@bachcrom.com
- **Michael C. Fallon**    mcfallon@fallonlaw.net, manders@fallonlaw.net
- **John D. Fiero**    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- **Geoffrey A. Heaton**    gheaton@duanemorris.com, dmicros@duanemorris.com
- **Timothy W. Hoffman**    twh1761@sbcglobal.net
- **Charles P. Maher**    cmaher@rinconlawllp.com, aworthing@rinconlawllp.com
- **Office of the U.S. Trustee / SR**    USTPRegion17.SF.ECF@usdoj.gov
- **Aron M. Oliner**    roliner@duanemorris.com, dmicros@duanemorris.com
- **Gregory S. Powell**    greg.powell@usdoj.gov, Tina.L.Spyksma@usdoj.gov
- **Philip S. Warden**    philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- **Andrea A. Wirum**    trustee@wirum.com, CA22@ecfcbis.com

## 2. SERVED VIA US MAIL

| | | |
|---|---|---|
| U.S. Securities Exchange Commission<br>Attn: Bankruptcy Counsel<br>444 South Flower Street, Suite 900<br>Los Angeles, ca 90071-9591 | Bittner and Company, LLC<br>P. 0. Box 168<br>Moraga, CA 94556 | Byers Costin<br>P.O. Box 878<br>Santa Rosa, CA 95402-0878 |
| CA Employment Development Dept.<br>Bankruptcy Group MIC 92B<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Bankruptcy Group<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Caireen Sullivan<br>1983 Ocean Avenue<br>Santa Cruz, CA 95060 |
| County of Napa<br>1195 Third Street, Suite 210<br>Napa, CA 94559-3035 | Michael C. Fallon<br>Law Offices of Michael C. Fallon<br>100 E St., #219<br>Santa Rosa, CA 95404-4606 | Garvey Brothers Vineyard Management<br>106 Winedale<br>Napa, CA 94558-6731 |
| Geary, Shea, et al.<br>90 South B Street, Suite 300<br>Santa Rosa, CA 95404-6500 | Ghirardo CPA<br>7200 Redwood Blvd, Ste. 403<br>Novato, CA 94945-3249 | Gonzalez Electric, Peter<br>2026 Heinke Drive<br>Napa, CA 94558-3909 |
| IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kelleen F. Sullivan<br>1090 Galleron Road<br>Rutherford, CA 94573 |
| Miller & Company Reporters<br>880 Apollo Street, Suite 352<br>El Segundo, CA 90245-4772 | Napa County Tax Collector<br>1195 Third Street, Room 108<br>Napa, CA 94559-3050 | Office of the U.S. Trustee/SR<br>Office of the United States Trustee<br>Phillip J, Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102-3661 |
| Philomena Gildea<br>22 Church Street<br>Weston, MA 02493-2004 | SVP<br>Post Office Box G<br>Rutherford, CA 94573-0907 | Sean Sullivan<br>PO Box 5543<br>Napa, CA 94581-0543 |
| Stephen A Finn<br>7103 S Revere Parkway<br>Englewood, CO 80112-3936 | Stephen A. Finn<br>c/o Pillsbury Winthrop Shaw Pittman LLP<br>Attn: Douglas w. Pyle<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, CA 94111-5998 | Sullivan Vineyards Corporation<br>PO Box G<br>Rutherford, CA 94573-0907 |
| Thomas R. Harnett, LLC<br>965 Marina Drive<br>Napa, CA 94559-4744 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 | Winery Rehabilitation, LLC<br>1103 South Raver Pkwy<br>Centennial, CO 80112-3936 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

DOCS_SF:102446.1 82158/001    3