PHILIP S. WARDEN (SBN 54752)
 philip.warden@pillsburylaw.com
NAN MCGARRY (SBN 318677)
 nan.mcgarry@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:    415.983.1000
Facsimile:    415.983.1200

*Attorneys for Stephen A. Finn
and Winery Rehabilitation, LLC*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SANTA ROSA DIVISION

In re

    SVP,

        Debtor.

Case No. 17-10067-RLE

CHAPTER 11

**NOTICE OF APPEAL AND STATEMENT OF ELECTION (Form 417A)**

**Part 1: Identify the appellants**

1. Names of appellants: Stephen A. Finn and Winery Rehabilitation, LLC

2. Position of appellants in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| __ Plaintiff<br>__ Defendant<br>__ Other (describe) _____ | __ Debtor<br>**X Creditor**<br>__ Trustee<br>__ Other (describe) _____ |

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

-1-

4823-5983-2499

On January 31, 2020, the Bankruptcy Court entered its *Order Sustaining Objections to Claims* [Docket No. 74] granting the chapter 11 trustee's objection to the appellants' Claim 11-2 and Claim 13-3 against the above-captioned debtor, disallowing those claims in their entirety.

2. State the date on which the judgement, order, or decree was entered: <u>January 31, 2020</u>

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys:

1. Party: Andrea A. Wirum  Attorney: Charles P. Maher
   SVP Chapter 11 Trustee
   Rincon Law, LLP
   200 California Street, Suite 400
   San Francisco, CA 94111
   Telephone No.: 415-840-4199
   Fax No.: 415-680-1712
   Email: cmaher@rinconlawllp.com

**Part 4: Optional election to have appeal heard by District Court**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

___ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

*/s/ Philip S. Warden*
Signature of attorney for appellants

Name, address, and telephone number of attorney

Philip S. Warden (SBN 54752)
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:   415.983.1000
Facsimile:   415.983.1200
Email:   philip.warden@pillsburylaw.com

-2-

4823-5983-2499