Andrea A. Wirum, State Bar. No. 095616
Chapter 7 Trustee
P.O. Box 1108
Lafayette, CA 94549
Telephone: 415-294-7710
Facsimile: 415-294-7710
trustee@wirum.com

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE:

    SVP

Debtor(s)

Case No. 17-10067
Chapter 7

### CHAPTER 11 TRUSTEE'S FINAL REPORT

Andrea A. Wirum files this final report on the administration of the Chapter 11 estate since the appointment of a Chapter 11 trustee. Ms. Wirum was appointed to serve as the successor Chapter 11 trustee on August 20, 2020. Timothy Hoffman, the predecessor Chapter 11 Trustee, resigned as a result of a conflict created by an objection to the intercompany claim owed by the SVC bankruptcy estate to the SVP bankruptcy estate filed by Mr. Stephen Finn and Winery Rehabilitation LLC. Prior to Mr. Hoffman's resignation in the SVP case, Mr. Hoffman had served as Chapter 11 trustee in both the SVC and SVP Chapter 11 cases. The two bankruptcy cases had been consolidated for purposes of administration shortly after the two Chapter 11 cases were filed, in February 2017. Shortly after Ms. Wirum's appointment, the joint administration was severed.

The Final Report contains an accounting of transactions which occurred in the SVP case after the appointment of a Chapter 11 trustee. During Mr. Hoffman's administration, the real property and winery operation of Sullivan Vineyards Partnership and Sullivan Vineyards Corporation were sold pursuant to a confidential sales agreement. Although the confidential sales agreement contained an allocation of the

various components of the sales price, no final agreement had been reached between the estates regarding the formal allocation of sales proceeds. Also, the inter-company claim owed by SVC to SVP, which was subject to the claim objection, needed to be resolved. Shortly after Ms. Wirum's appointment, the SVC and the SVP estates reached an agreement regarding the allocation of sales proceeds and the amount of inter-company claim, which agreement was memorialized in stipulation between the estates and approved by the Court. The SVC estate paid the SVC estate the agreed amounts after Court approval.

Mr. Finn and Winery Rehabilitation each asserted substantial claims in the SVP case for reimbursement of attorneys' fees and costs incurred in various litigation matters. In order to move the case forward, it was necessary to liquidate the amounts owed by SVP, if any, to Mr. Finn and Winery Rehabilitation. After review and analysis, Mr. Wirum brought an objection to the allowance of the claims asserted by Mr. Finn and Winery Rehabilitation, which objection was sustained by the Court at a hearing on January 31, 2020. Mr. Finn and Winery Rehabilitation have appealed the disallowance of their claims.

A Chapter 11 Plan of Reorganization proposed by Kelleen Sullivan and Ross Sullivan was confirmed by the Court on February 26, 2020. The Chapter 11 Plan of Reorganization became effective on March 6, 2020.

Detail regarding all of the above as well as other significant matters which occurred during the administration of this Chapter 11 case will be set forth in the Application for Compensation and Reimbursement of Expenses to be filed by Andrea A. Wirum.

Attached hereto is a Form 1 estate property record and report and a Form 2 cash receipts and disbursements record for each SVP estate bank account.

DATED: March 9, 2020.

/s/ Andrea Wirum
ANDREA WIRUM Chapter 11

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 17-10067 RLE | Trustee: (001222) ANDREA WIRUM Chapter 11 |
|---|---|---|
| Case Name: | SVP | Filed (f) or Converted (c): 02/02/17 (f) |
| | | §341(a) Meeting Date: |
| Period Ending: | 03/09/20 | Claims Bar Date: |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Mechanics Bank turnover of account (u)<br>Former DIP account | 0.00 | 0.00 | | 8,333.99 | 0.00 |
| 2 | Umpqua checking account<br>Used in Chapter 11 | 505.76 | 505.76 | | 0.00 | FA |
| 3 | Intercompany Receivable<br>Unsecured claim in SVC case. See Stipulation between estates | 2,100,000.00 | 2,100,000.00 | | 0.00 | 62,838.56 |
| 4 | 21.15 acres Planted Vineyards<br>See asset 9 (originally scheduled) which partially duplicated this originally scheduled asset. Sold during Chapter 11. | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Kabota Tractor<br>See asset 8.. $10,000 of sales price allocated to Machinery and Equipment per stipulation between estates | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 6 | Office furniture and fixtures<br>Sold during Chapter 11 as part of asset sale with no value attributed to SVP | 10,783.00 | 10,783.00 | | 0.00 | FA |
| 7 | Paintings and Art<br>Sold as part of asset sale with no value attributed to SVP | 750.00 | 750.00 | | 0.00 | FA |
| 8 | Machinery and Equipment<br>$10,000 of sales proceeds attributed to SVP for | 175,716.00 | 175,716.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 17-10067 RLE | Trustee: | (001222) ANDREA WIRUM Chapter 11 |
|---|---|---|---|
| Case Name: | SVP | Filed (f) or Converted (c): | 02/02/17 (f) |
| | | §341(a) Meeting Date: | |
| Period Ending: | 03/09/20 | Claims Bar Date: | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | vineyard equipment. See stipulation between estates. Amount to be turned over by SVC trustee | | | | | |
| 9 | 1090 Galleron Road and improvements<br>Sold in Chapter 11 as part of asset sale - net remaining to be turned over by SVC trustee per stipulation | 16,000,000.00 | 16,000,000.00 | | 14,743,250.00 | FA |
| 10 | Sullivan Brand, a Gold Seal Trademark<br>No value attributed to this asset in Chapter 11 sale. SVC owned trademarks per public record | 670,000.00 | 670,000.00 | | 0.00 | FA |
| 11 | sullivanwine.com<br>Sold during Chapter 11 - no value attributed to this asset | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Permits:operating, compressed air, liquid propan<br>Sold during Chapter 11 as part of asset sale which included real property and improvements | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Note Receivable JoAnna Sullivan<br>Because this will be a surplus case no need to collect this note | 21,500.00 | 21,500.00 | | 0.00 | FA |
| 14 | 2016 Grape sales proceeds<br>This claim was included as part of asset 3 in schedules however part of the scheduled claim is unsecured and part is secured. The secured portion is now shown as this asset 14. See stipulation between estates | 0.00 | 0.00 | | 445,721.44 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 17-10067 RLE | Trustee: | (001222) ANDREA WIRUM Chapter 11 |
|---|---|---|---|
| Case Name: | SVP | Filed (f) or Converted (c): | 02/02/17 (f) |
| | | §341(a) Meeting Date: | |
| Period Ending: | 03/09/20 | Claims Bar Date: | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | Administrative claim in SVC case (u)<br>Administrative claim in SVC case. See Stipultion between estates and Form 2 detail regarding expenses paid by predecessor trustee | 0.00 | 0.00 | | 576,600.20 | FA |
| 16 | Rent Received by Predecessor Trustee | 0.00 | 0.00 | | 120,000.00 | 0.00 |
| 17 | added in error (u) | 0.00 | 0.00 | | 0.00 | FA |
| 17 | **Assets** Totals (Excluding unknown values) | **$18,994,254.76** | **$18,994,254.76** | | **$15,893,905.63** | **$62,838.56** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**            **Current Projected Date Of Final Report (TFR):**

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 17-10067 RLE | Trustee: | ANDREA WIRUM Chapter 11 (001222) |
|---|---|---|---|
| Case Name: | SVP | Bank Name: | Mechanics Bank |
| | | Account: | ******9466 - Checking Account |
| Taxpayer ID #: | **-***4932 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/09/20 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 10/07/19 | | Mechanics Bank | Turnover of DIP account | | | 1,038.76 | | 1,038.76 |
| | {16} | | Rent received on 8/30/17 | 30,000.00 | 1122-000 | | | 1,038.76 |
| | {16} | | Rent Received on 9/12/17 | 30,000.00 | 1122-000 | | | 1,038.76 |
| | {16} | | Rent received on 10/26/17 | 30,000.00 | 1122-000 | | | 1,038.76 |
| | {16} | | Rent received on 11/13/17 | 30,000.00 | 1122-000 | | | 1,038.76 |
| | | Net Transfers during chapter 11 | Repayment of advance received on 2/26/18 taken into account as part of calculation of net administrative claim | 1,000.00 | 6950-002 | | | 1,038.76 |
| | {1} | | Beginning balance of Mechanics Bank Account at time of appointment of predecessor trustee | 8,333.99 | 1229-000 | | | 1,038.76 |
| | | Ace Property and Casualty Insurance | Insurance | -1,440.00 | 6950-000 | | | 1,038.76 |
| | | Wilbur-Ellis Company | crop expense | -202.74 | 6950-000 | | | 1,038.76 |
| | | PGE | PGE | -527.31 | 6950-000 | | | 1,038.76 |
| | | PGE | PGE | -357.92 | 6950-000 | | | 1,038.76 |
| | | Garvey Brothers Admin claim | Garvey admin | -23,834.94 | 6950-000 | | | 1,038.76 |
| | | PGE | PGE | -756.07 | 6950-000 | | | 1,038.76 |
| | | PGE | PGE | -365.65 | 6950-000 | | | 1,038.76 |
| | | Stanley Convergent Security | Security | -200.76 | 6950-000 | | | 1,038.76 |
| | | | | | Subtotals | $1,038.76 | $0.00 | |

{} Asset reference(s)

Printed: 03/09/2020 01:43 PM    V.14.66

Case: 17-10067    Doc# 109    Filed: 03/09/20    Entered: 03/09/20 15:31:13    Page 6 of 11

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 17-10067 RLE | Trustee: | ANDREA WIRUM Chapter 11 (001222) |
|---|---|---|---|
| Case Name: | SVP | Bank Name: | Mechanics Bank |
| | | Account: | ******9466 - Checking Account |
| Taxpayer ID #: | **-***4932 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/09/20 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Solutions | | | | | |
| | | Wilbur-Ellis Company | crop expense -1.60 | 6950-000 | | | 1,038.76 |
| | | Garvey Brothers Admin claim | Garvey admin -3,877.03 | 6950-000 | | | 1,038.76 |
| | | OUST fee | OUST fee -975.00 | 2950-000 | | | 1,038.76 |
| | | Net Transfers during chapter 11 | Transfer to SVC netted out in calculation of admin claim in stipulation -15,000.00 | 6950-000 | | | 1,038.76 |
| | | PGE | PGE -331.00 | 6950-000 | | | 1,038.76 |
| | | PGE | PGE -640.28 | 6950-000 | | | 1,038.76 |
| | | Garvey Brothers Admin claim | Garvey admin -29,759.26 | 6950-000 | | | 1,038.76 |
| | | Napa County admin real estate tax | county tax -12,032.76 | 6820-000 | | | 1,038.76 |
| | | Gonzalez Electric Admin | PGE -709.88 | 6950-000 | | | 1,038.76 |
| | | PGE | PGE -656.08 | 6950-000 | | | 1,038.76 |
| | | PGE | PGE -400.86 | 6950-000 | | | 1,038.76 |
| | | Garvey Brothers Admin claim | Garvey admin -4,926.17 | 6950-000 | | | 1,038.76 |
| | | PGE | PGE -84.31 | 6950-000 | | | 1,038.76 |
| | | PGE | PGE -1,065.64 | 6950-000 | | | 1,038.76 |
| | | Mech transfers netted out in intercompany claim stipulation | Advance to SVC included in calculation of admin claim per stipulation -24,000.00 | 6950-000 | | | 1,038.76 |
| | | OUST fee | OUST fee -975.00 | 2950-000 | | | 1,038.76 |
| | | PGE | PGE -84.79 | 6950-000 | | | 1,038.76 |
| | | PGE | PGE -1,461.11 | 6950-000 | | | 1,038.76 |

Subtotals: $0.00 $0.00

{} Asset reference(s)

Printed: 03/09/2020 01:43 PM V.14.66

Case: 17-10067  Doc# 109  Filed: 03/09/20  Entered: 03/09/20 15:31:13  Page 7 of 11

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 17-10067 RLE | Trustee: | ANDREA WIRUM Chapter 11 (001222) |
|---|---|---|---|
| Case Name: | SVP | Bank Name: | Mechanics Bank |
| | | Account: | ******9466 - Checking Account |
| Taxpayer ID #: | **-***4932 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/09/20 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | Garvey Brothers Admin claim | Garvey admin | -3,479.07 | 6950-000 | | | 1,038.76 |
| | | Mechanics Bank | Bank fee Nov 2018 | -15.00 | 6950-000 | | | 1,038.76 |
| | | Mechanics Bank | Bank fee Dec 2018 | -15.00 | 6950-000 | | | 1,038.76 |
| | | Mechanics Bank | Bank fee Jan 2019 | -15.00 | 6950-000 | | | 1,038.76 |
| | | Mechanics Bank | Bank fee Feb 2019 | -15.00 | 6950-000 | | | 1,038.76 |
| | | Mechanics Bank | Bank fee March 2019 | -15.00 | 6950-000 | | | 1,038.76 |
| | | Mechanics Bank | Bank fee April 2019 | -15.00 | 6950-000 | | | 1,038.76 |
| | | Mechanics Bank | Bank fee May 2019 | -15.00 | 6950-000 | | | 1,038.76 |
| | | Mechanics Bank | Bank fee June 2019 | -15.00 | 6950-000 | | | 1,038.76 |
| | | Mechanics Bank | Bank fee July 2019 | -15.00 | 6950-000 | | | 1,038.76 |
| | | Mechanics Bank | Bank fee August 2019 | -15.00 | 6950-000 | | | 1,038.76 |
| 03/06/20 | | Pachulski Stang Ziehl & Jones LLP Client Trust Account | Turnover of funds to reorganized debtor | | 8200-002 | | 1,038.76 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 1,038.76 | 1,038.76 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 1,038.76 | 1,038.76 | |
| | | | Less: Payments to Debtors | | | | 1,038.76 | |
| | | | **NET Receipts / Disbursements** | | | **$1,038.76** | **$0.00** | |

Case: 17-10067 Doc# 109 Filed: 03/09/20 Entered: 03/09/20 15:31:13 Page 8 of 11
{} Asset reference(s) Printed: 03/09/2020 01:43 PM V.14.66

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 17-10067 RLE | | Trustee: | ANDREA WIRUM Chapter 11 (001222) |
|---|---|---|---|---|
| Case Name: | SVP | | Bank Name: | Mechanics Bank |
| | | | Account: | ******9467 - Checking Account |
| Taxpayer ID #: | **-***4932 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/09/20 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/19 | | Timothy Hoffman, Chapter 11 Trustee of SVC | Net proceeds from sale of real property and improvements | | 3,558,339.94 | | 3,558,339.94 |
| | {9} | | Allocated sales proceeds 14,743,250.00 per stipulation between estates | 1110-000 | | | 3,558,339.94 |
| | | Sales expenses | Sales expenses -11,133.22 allocated per stipulate between estates | 6990-000 | | | 3,558,339.94 |
| | | County Real estate Tax | County real estate tax -601.64 | 6820-860 | | | 3,558,339.94 |
| | | Finn and Winery Rehabilitation allocated debt | Debt to Finn and WR -10,933,597.39 allocated per stipulation between estates | 4110-000 | | | 3,558,339.94 |
| | | Postpetition Interest | Postpetition interest on -239,577.81 Finn debt allocation per stipulation between estates | 4110-000 | | | 3,558,339.94 |
| 11/21/19 | {14} | Timothy Hoffman, Chapter 11 Trustee of SVC | Amount owing in connection with 2016 grape sale | 1121-000 | 445,721.44 | | 4,004,061.38 |
| 11/21/19 | | Tiimothy Hoffman, Chapter 11 Trustee of SVC | Net administrataive claim (2017 grape sales, rent less amounts previously paid by SVP Chapter 11 Trustee Hoffman in administrative expenses | | 100,478.45 | | 4,104,539.83 |
| | {15} | | 2017 grapes plus $70k rent 576,600.20 | 1221-000 | | | 4,104,539.83 |
| | | Net Transfers during chapter 11 | Net transfers to SVP -4,141.92 from SVC during | 6950-000 | | | 4,104,539.83 |

Subtotals: $4,104,539.83  $0.00

{} Asset reference(s)

Case: 17-10067   Doc# 109   Filed: 03/09/20   Entered: 03/09/20 15:3    Page 9 of 11
Printed: 03/09/2020 01:43 PM    V.14.66

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 17-10067 RLE | Trustee: | ANDREA WIRUM Chapter 11 (001222) |
|---|---|---|---|
| Case Name: | SVP | Bank Name: | Mechanics Bank |
| | | Account: | ******9467 - Checking Account |
| Taxpayer ID #: | **-***4932 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/09/20 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Chapter11 | | | | | |
| | | International Sureties | Bond payment | -426.18 | 6950-000 | | | 4,104,539.83 |
| | | KPMD Prior Chapter 11 trustee | Accountant for Prior Trustee | -27,349.00 | 6310-000 | | | 4,104,539.83 |
| | | KPMD exp prior chapter 11 trustee | Accountant Exp for Prior Trustee | -39.92 | 6320-000 | | | 4,104,539.83 |
| | | Duane Morris for prior Chapter 11 trustee | Attorney for prior trustee | -134,479.25 | 6110-000 | | | 4,104,539.83 |
| | | Duane Morris expenses for prior chapter 11 Trustee | Attorney exp for prior trustee | -1,279.02 | 6120-000 | | | 4,104,539.83 |
| | | Timothy Hoffman | Prior Trustee compensation | -35,590.00 | 6101-000 | | | 4,104,539.83 |
| | | Timothy Hoffman expenses | Prior Trustee expenses | -93.31 | 6102-000 | | | 4,104,539.83 |
| | | OUST fee | UST 1st Q 2018 | -114,815.00 | 2950-000 | | | 4,104,539.83 |
| | | OUST fee | UST 2nd Q 2018 | -375.00 | 2950-000 | | | 4,104,539.83 |
| | | OUST fee | UST 3rd Q 2018 | -325.00 | 2950-000 | | | 4,104,539.83 |
| | | OUST fee | UST 4 Q 2018 | -325.00 | 2950-000 | | | 4,104,539.83 |
| | | KPMD Prior Chapter 11 trustee | Accountant for Prior Trustee | -114,831.00 | 6310-000 | | | 4,104,539.83 |
| | | KPMD exp prior chapter 11 trustee | Accountant exp for Prior Trustee | -1,467.50 | 6320-000 | | | 4,104,539.83 |
| | | Duane Morris for prior Chapter 11 trustee | Attorney for prior trustee | -38,598.25 | 6110-000 | | | 4,104,539.83 |
| | | Duane Morris expenses for prior chapter 11 Trustee | Attorney exp for Prior Trustee | -36.40 | 6120-000 | | | 4,104,539.83 |
| | | OUST fee | 1st Q 2019 | -1,625.00 | 2950-000 | | | 4,104,539.83 |
| | | | | | Subtotals | $0.00 | $0.00 | |
| {} Asset reference(s) | | | | | | | | Printed: 03/09/2020 01:43 PM V.14.66 |

Case: 17-10067  Doc# 109  Filed: 03/09/20  Entered: 03/09/20 15:31:13  Page 10 of 11

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 17-10067 RLE | | Trustee: | ANDREA WIRUM Chapter 11 (001222) |
|---|---|---|---|---|
| Case Name: | SVP | | Bank Name: | Mechanics Bank |
| | | | Account: | ******9467 - Checking Account |
| Taxpayer ID #: | **-***4932 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/09/20 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | OUST fee | UST 2nd Q 2019           -325.00 | 2950-000 | | | 4,104,539.83 |
| 01/27/20 | 1101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/27/2020 FOR CASE #17-10067, Bond No. 016048574 | 2300-000 | | 1,459.11 | 4,103,080.72 |
| 03/06/20 | | Pachulski Stang Ziehl & Jones LLP Client Trust | Turn over of funds to reorganized debtor | 8200-002 | | 4,103,080.72 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,104,539.83 | 4,104,539.83 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 4,104,539.83 | 4,104,539.83 | |
| | | | Less: Payments to Debtors | | | 4,103,080.72 | |
| | | | **NET Receipts / Disbursements** | | $4,104,539.83 | $1,459.11 | |

| | | | | |
|---|---|---|---|---|
| Net Receipts : | 4,105,578.59 | | | |
| Plus Gross Adjustments : | 11,788,327.04 | | **Net** | **Net** | **Account** |
| Less Payments to Debtor : | 4,104,119.48 | **TOTAL - ALL ACCOUNTS** | **Receipts** | **Disbursements** | **Balances** |
| Less Other Noncompensable Items : | -1,000.00 | Checking # ******9466 | 1,038.76 | 0.00 | 0.00 |
| Net Estate : | $11,790,786.15 | Checking # ******9467 | 4,104,539.83 | 1,459.11 | 0.00 |
| | | | $4,105,578.59 | $1,459.11 | $0.00 |

Case: 17-10067    Doc# 109    Filed: 03/09/20    Entered: 03/09/20 15:31:13    Page 11 of 11

{} Asset reference(s)                                                                                               Printed: 03/09/2020 01:43 PM    V.14.66