# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: **SVP**

Case No. 17-10067

**CHAPTER 11**
**MONTHLY OPERATING REPORT**    **FINAL REPORT**
**(GENERAL BUSINESS CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 2/29/2020    **PETITION DATE:** 2/2/2017

1. Debtor in possession ( .
   the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $4,104,119 | $4,104,119 | |
| | b. Total Assets | $4,105,119 | $4,105,119 | $18,994,255 |
| | c. Current Liabilities | $468,276 | $439,986 | |
| | d. Total Liabilities | $592,147 | $563,857 | $14,273,348 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $0 | $0 | $4,870,353 |
| | b. Total Disbursements | $0 | $1,460 | $766,740 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $0 | ($1,460) | $4,103,613 |
| | d. Cash Balance Beginning of Month | $4,104,119 | $4,105,579 | $506 |
| | e. Cash Balance End of Month (c + d) | $4,104,119 | $4,104,119 | $4,104,119 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | ($28,290) | ($32,413) | ($238,876) |
| 5. | **Account Receivables (Pre and Post Petition)** | $0 | $0 | |
| 6. | **Post-Petition Liabilities** | $468,276 | $439,986 | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $0 | $0 | |

**At the end of this reporting month:**    **Yes**    **No**

8. Have any payments been made on pre-petition debt, other than payments in the normal    X
   course to secured creditors or lessors? (if yes, attach listing including date of
   payment, amount of payment and name of payee) - See Note 8
9. Have any payments been made to professionals? (if yes, attach listing including date of    X
   payment, amount of payment and name of payee) - See Note 6
10. If the answer is yes to 8 or 9, were all such payments approved by the court?    X
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes,      X
    attach listing including date of payment, amount and reason for payment, and name of payee)
12. Is the estate insured for replacement cost of assets and for general liability?      X
13. Are a plan and disclosure statement on file?    X
14. Was there any post-petition borrowing during this reporting period?      X

15. Check if paid: Post-petition taxes    N/A ;    U.S. Trustee Quarterly Fees    X ; Check if filing is current for: Post-petition
    tax reporting and tax returns:    X .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax
    reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry
believe these documents are correct.

Date:    3/11/2020 0:00          /s/ Andrea A. Wirum
                                        Andrea A. Wirum, Chapter 11 Trustee

| | Case No. | 17-10067 |
|---|---|---|
| In re: SVP | | |
| | CHAPTER 11 | |
| | MONTHLY OPERATING REPORT | |

NOTES TO THE OPERATING REPORT

**For the Month Ended:** 2/29/20    **PETITION DATE:** 2/2/2017

1) On February 2, 2017, the Debtor filed a voluntary petition under Chapter 11, Title 11 United States Code, in U.S. Bankruptcy Court in the Northern District of California. On March 13, 2017 the Order on the Motions for Order for Joint Administration of SVP and SVC was entered, and Timothy W. Hoffman was appointed as the Chapter 11 Trustee for both cases. On August 26, 2019, the Order Terminating the Joint Administration was entered, and Timothy W. Hoffman ("Predecessor Trustee") resigned as the Trustee for SVP. Andrea Wirum ("Successor Trustee") became the Court appointed Chapter 11 Trustee on August 20, 2019.

2) The accompanying operating report for the month ended February 29, 2020 was assembled for your analysis under Chapter 7 of the Bankruptcy Code. The aforementioned operating report was not examined or reviewed by independent accountants in accordance with standards promulgated by the AICPA. This information is limited to the sole use of the parties in interest of this Chapter 7 case and is not to be provided to other parties.

3) Not all the books, records and other information necessary to confirm financial results are available. This Operating Report has been prepared with the records available and Claims Register.

4) The accrued professional fees payable through 7/31/19 are $144,941.

The accrued professional fees prior to the appointment of Andrea Wirum as the Chapter 11 Successor Trustee are as follows:

| Month Ended | Predecessor Trustee's Fees & Costs | Predecessor Trustee's Counsel Fees & Costs | Predecessor Trustee's Accountant Fees & Costs | Total Fees & Costs |
|---|---|---|---|---|
| Through 7/31/2019 | | | | 144,941 |
| 8/1/19 to 8/19/19 | $ 760 | $ 3,580 | $ 1,741 | $ 6,081 |
| Total | | | | $ 151,022 |

| | | | Case No. | 17-10067 |
|---|---|---|---|---|
| In re: | SVP | | | |
| | | | CHAPTER 11 | |
| | | | MONTHLY OPERATING REPORT | |

### NOTES TO THE OPERATING REPORT

**For the Month Ended:** 2/29/20  **PETITION DATE:** 2/2/2017

5) The accrued professional fees for the period after the appointment of Ms. Wirum as the Chapter 11 Successor Trustee are as follows:

| Month Ended | Successor Trustee's Fees & Costs | Successor Trustee's Counsel Fees & Costs | Successor Trustee's Accountant Fees & Costs | Total Fees & Costs |
|---|---|---|---|---|
| 8/20/19 to 8/31/19 | $ 11,400 | $ 15,621 | $ 1,046 | $ 28,067 |
| 09/30/19 | $ 16,200 | $ 40,261 | $ 30,428 | $ 86,888 |
| 10/31/19 | $ 17,400 | $ 18,717 | $ 7,282 | $ 43,399 |
| 11/30/19 | $ 11,640 | $ 27,146 | $ 2,500 | $ 41,286 |
| 12/31/19 | $ 13,320 | $ 21,286 | $ 2,790 | $ 37,395 |
| 01/31/20 | $ 9,120 | $ 19,698 | $ 4,136 | $ 32,954 |
| 02/28/20 | $ 9,660 | $ 15,985 | $ 2,645 | $ 28,290 |
| **Total** | **$ 88,740** | **$ 158,712** | **$ 50,827** | **$ 298,279** |

6) The following payments have been made to professionals:

| Date | Amount | Name of Payee |
|---|---|---|
| 3/13/2018 | $ 35,683 | Timothy W. Hoffman |
| 3/13/2018 | $ 27,389 | Kokjer, Pierotti, Maiocoo & Duck LLP |
| 3/13/2018 | $ 135,758 | Duane Morris LLP |
| 3/19/2019 | $ 38,635 | Kokjer, Pierotti, Maiocoo & Duck LLP |
| 3/19/2019 | $ 116,299 | Duane Morris LLP |
| | $ 353,764 | |

7) The amount due from SVC to SVP has been settled and paid with the exception of the general unsecured claim that is settled at $62,839, but is valued at an estimated $1,000.

8) Stephen Finn ("Finn") and Winery Rehabilitation, LLC ('WR LLC") filed claims of $516,097.44 and $247,970.82, respectively, for reimbursement of attorneys' fees and expenses in connection with claims asserted against them arising from or relating to the loan agreement. The claims filed also included a contingent amount for additional amounts that maybe incurred.

The secured claim balance, which is reported at a zero balance, does not include any amount claimed by Finn and WR LLC as still owing pursuant to the terms of notes and deeds of trust. The Successor Trustee has filed objections to the claims filed by Finn and WR LLC. The claims have been disallowed and an appeal is pending.

| In re: **SVP** | Case No. | 17-10067 |
|---|---|---|
| | **CHAPTER 11** | |
| | **MONTHLY OPERATING REPORT** | |

### NOTES TO THE OPERATING REPORT

**For the Month Ended:** 2/29/20  **PETITION DATE:** 2/2/2017

9) The order confirming the combined plan disclosure statement proposed by the Sullivan Family was entered in on February 27, 2020. The effective date of the plan is March 6, 2020.

There is no activity other than the turn over of the funds held by the Trustee to the reorganized Debtor and the accrual of professional and Trustee fees before the Effective date and in transition to the reorganized Debtor to be reflected in the final fee applications. Therefore, the Trustee is filing the February 29, 2020 operating report as final.

# STATEMENT OF OPERATIONS
## (General Business Case)
For the Month Ended 2/29/2020

| Current Month | | | | | Cumulative | Next Month |
| Actual | Forecast | Variance | | | (Case to Date) | Forecast |
|---|---|---|---|---|---|---|
| | | | | **Revenues:** | | |
| | $0 | $0 | 1 | Gross Sales | $836,600 | $0 |
| | $0 | $0 | 2 | less: Sales Returns & Allowances | | $0 |
| | $0 | $0 | 3 | Net Sales | $836,600 | $0 |
| | | $0 | 4 | less: Cost of Goods Sold (Schedule 'B') | $0 | |
| | $0 | $0 | 5 | Gross Profit | $836,600 | $0 |
| | | $0 | 6 | Interest | $0 | |
| | | $0 | 7 | Other Income: | $0 | |
| | | $0 | 8 | Sales Proceeds Used for Non Sale Admin Exp | $471,655 | |
| | | $0 | 9 | | | |
| $0 | $0 | $0 | 10 | **Total Revenues** | $1,308,255 | $0 |
| | | | | **Expenses:** | | |
| | | $0 | 11 | Compensation to Owner(s)/Officer(s) | | |
| | | $0 | 12 | Salaries | | |
| | | $0 | 13 | Commissions | | |
| | $0 | $0 | 14 | Contract Labor | $231,837 | $0 |
| | | | | Rent/Lease: | | |
| | | $0 | 15 | Personal Property | | |
| | | $0 | 16 | Real Property | | |
| | | $0 | 17 | Insurance | | |
| | | $0 | 18 | Management Fees | | |
| | $0 | $0 | 19 | Depreciation | $235,682 | $0 |
| | | | | Taxes: | | |
| | | $0 | 20 | Employer Payroll Taxes | | |
| | $0 | $0 | 21 | Real Property Taxes | $23,872 | $0 |
| | $0 | $0 | 22 | Other Taxes | | $0 |
| | | $0 | 23 | Other Selling | | |
| | | $0 | 24 | Other Administrative | $57,811 | $0 |
| | | $0 | 25 | Interest | | |
| | | $0 | 26 | Other Expenses: | | |
| | $0 | $0 | 27 | Amortization | $72,523 | $0 |
| | | $0 | 28 | Trustee Bond | $1,459 | |
| | | $0 | 29 | | | |
| | | $0 | 30 | | | |
| | | $0 | 31 | | | |
| | | $0 | 32 | | | |
| | | $0 | 33 | | | |
| | | $0 | 34 | | | |
| $0 | $0 | $0 | 35 | **Total Expenses** | $623,185 | $0 |
| $0 | $0 | $0 | 36 | **Subtotal** | $685,071 | $0 |
| | | | | **Reorganization Items:** | | |
| $28,290 | $0 | ($28,290) | 37 | Professional Fees | $803,491 | $0 |
| | | $0 | 38 | Chapter 11 Trustee Bond | $441 | $0 |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | |
| | $0 | $0 | 41 | U.S. Trustee Quarterly Fees | $120,015 | $0 |
| | | $0 | 42 | | | |
| $28,290 | $0 | $28,290 | 43 | **Total Reorganization Items** | $923,947 | $0 |
| ($28,290) | $0 | ($28,290) | 44 | **Net Profit (Loss) Before Federal & State Taxes** | ($238,876) | $0 |
| | | $0 | 45 | Federal & State Income Taxes | | |
| ($28,290) | $0 | ($28,290) | 46 | **Net Profit (Loss)** | ($238,876) | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Case: 17-10067   Doc# 110   Filed: 03/11/20   Entered: 03/11/20 13:58:54   Page 5 of 16

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
**For the Month Ended**     02/29/20

**Assets**

| # | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $4,104,119 |
| 2 | Cash and cash equivalents - restricted | | |
| 3 | Accounts receivable (net) | A | |
| 4 | Inventory | B | |
| 5 | Prepaid expenses | | |
| 6 | Professional retainers | | |
| 7 | Other: | | |
| 8 | | | |
| 9 | **Total Current Assets** | | $ 4,104,119 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | |
| 11 | Machinery and equipment | D | |
| 12 | Furniture and fixtures | D | |
| 13 | Office equipment | D | |
| 14 | Leasehold improvements | D | |
| 15 | Vehicles | D | |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $ - |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | | |
| 24 | Due from SVC - General Unsecured Claim of $62,839 | | $ 1,000 |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $ 1,000 |
| 29 | **Total Assets** | | $ 4,105,119 |

Revised 1/1/98

# Liabilities and Equity
### (General Business Case)

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| # | Item | Ref | | Amount |
|---|------|-----|---|-------:|
| 30 | Salaries and wages | | | |
| 31 | Payroll taxes | | | |
| 32 | Real and personal property taxes | | | |
| 33 | Income taxes | | | |
| 34 | Sales taxes | | | |
| 35 | Notes payable (short term) | | | |
| 36 | Accounts payable (trade) | A | | |
| 37 | Real property lease arrearage | | | |
| 38 | Personal property lease arrearage | | | |
| 39 | Accrued professional fees | | $ | 449,301 |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | | |
| 41 | Other: Due to Kelleen Sullivan (advance for farming costs) | | $ | 20,000 |
| 42 | Accrued UST Quarterly Fees | | $ | (1,025) |
| 43 | | | | |
| 44 | **Total Current Liabilities** | | $ | 468,276 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | | |
| 46 | **Total Post-Petition Liabilities** | | $ | 468,276 |

**Pre-Petition Liabilities (allowed amount)**

| # | Item | Ref | | Amount |
|---|------|-----|---|-------:|
| 47 | Secured claims | F | $ | - |
| 48 | Priority unsecured claims | F | $ | - |
| 49 | General unsecured claims | F | $ | 123,871 |
| 50 | **Total Pre-Petition Liabilities** | | $ | 123,871 |
| 51 | **Total Liabilities** | | $ | 592,147 |

**Equity (Deficit)**

| # | Item | | Amount |
|---|------|---|-------:|
| 52 | Retained Earnings/(Deficit) at time of filing | $ | (310,311) |
| 53 | Capital Stock | | |
| 54 | Additional paid-in capital | | |
| 55 | Cumulative profit/(loss) since filing of case | $ | (238,876) |
| 56 | Post-petition contributions/(distributions) or (draws) | $ | (1,519,700) |
| 57 | | | |
| 58 | Market value adjustment | $ | 5,581,859 |
| 59 | **Total Equity (Deficit)** | $ | 3,512,972 |
| 60 | **Total Liabilities and Equity (Deficit)** | $ | 4,105,119 |

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
## (General Business Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | $0 | $0 | |
| 31-60 Days | - | - | |
| 61-90 Days | - | - | - |
| 91+ Days | - | - | |
| Total accounts receivable/payable | - | - | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | - | | |

### Schedule B
### Inventory/Cost of Goods Sold

**Types and Amount of Inventory(ies)**          **Cost of Goods Sold**

|  | Inventory(ies) Balance at End of Month |  |  |
|---|---|---|---|
| | | **Inventory Beginning of Month** | - |
| | | Add - | |
| Retail/Restaurants - | | Net purchase | |
|   Product for resale | _____ | Direct labor | _____ |
| | | Manufacturing overhead | |
| Distribution - | | Freight in | |
|   Products for resale | _____ | Other: | _____ |
| | | | |
| Manufacturer - | | | |
|   Raw Materials | _____ | | |
|   Work-in-progress | _____ | Less - | |
|   Finished goods | _____ |   Inventory End of Month | _____ |
| | |   Shrinkage | _____ |
| Other - Explain | _____ |   Personal Use | _____ |
| _____ | | | |
| _____ | | Cost of Goods Sold | - |
|   TOTAL | - | | |

**Method of Inventory Control**

Do you have a functioning perpetual inventory system?
    Yes _____     No _____

How often do you take a complete physical inventory?

  Weekly _____
  Monthly _____
  Quarterly _____
  Semi-annually _____
  Annually _____

Date of last physical inventory was _____

Date of next physical inventory is _____

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

Valuation methods -
  FIFO cost _____
  LIFO cost _____
  Lower of cost or market _____
  Retail method _____
  Other _____
    Explain _____

Revised 1/1/98

## Schedule C
## Real Property

| Description | Cost | Market Value |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | - | - |

## Schedule D
## Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| | | |
| | | |
| | | |
| Total | - | - |
| Furniture & Fixtures - | | |
| | | |
| | | |
| | | |
| Total | - | - |
| Office Equipment - | | |
| | | |
| | | |
| Total | - | - |
| Leasehold Improvements - | | |
| | | |
| | | |
| | | |
| Total | - | - |
| Vehicles - | | |
| | | |
| | | |
| | | |
| Total | - | - |

Revised 1/1/98

## Schedule E
## Aging of Post-Petition Taxes
### (As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

## Schedule F
## Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | $0 | $0 |
| Priority claims other than taxes | $0 | $0 |
| Priority tax claims | $ - | $ - |
| General unsecured claims | $ 123,871 | $ 123,871 |

(a) List total amount of claims even it under secured.
(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
## Rental Income Information
### Not applicable to General Business Cases

## Schedule H
## Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | Mechanics Bank | Mechanics Bank | | |
| Account Type | Checking | Checking | | |
| Account No. | x9466 | x 9467 | | |
| Account Purpose | | | | |
| Balance, End of Month | $1,039 | 4,103,081 | | |
| Total Funds on Hand for all Accounts | $4,104,119 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 02/29/20

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | $270,000 |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Payment received from JoAnna Sullivan for receivables balance | | $21,500 |
| 8 | Refund received from legal fees | | $1,658 |
| 9 | Transfer from SVC | | $1,000 |
| 10 | Sales Proceeds Received to Pay Administrative Expenses | | $471,655 |
| 11 | Due from SVC - Administrative & Grower's Claims | | $1,018,180 |
| 12 | Due from SVC - Sales Proceeds after Payment of Admin Exp | | $3,086,360 |
| 13 | **Total Cash Receipts** | $0 | $4,870,353 |
| 14 | **Cash Disbursements** | | |
| 15 | Payments for Inventory | | |
| 16 | Selling | | |
| 17 | Administrative | | $5,081 |
| 18 | Capital Expenditures | | |
| 19 | Principal Payments on Debt | | |
| 20 | Interest Paid | | |
| | Rent/Lease: | | |
| 21 | Personal Property | | |
| 22 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 23 | Salaries | | |
| 24 | Draws | | |
| 25 | Commissions/Royalties | | |
| 26 | Expense Reimbursements | | |
| 27 | Other | | |
| 28 | Salaries/Commissions (less employee withholding) | | |
| 29 | Management Fees | | |
| | Taxes: | | |
| 30 | Employee Withholding | | |
| 31 | Employer Payroll Taxes | | |
| 32 | Real Property Taxes | | $23,872 |
| 33 | Other Taxes | | |
| 34 | Other Cash Outflows: | | |
| 35 | Vineyard Expenses | | $212,042 |
| 36 | Facility Expenses | | $13,630 |
| 37 | Transfer to SVC | | $39,000 |
| 38 | UST Fees | | $117,465 |
| 38 | Legal & Professional Fees | | $353,764 |
| 40 | Trustee Bond | | $1,885 |
| 41 | Rounding | | $1 |
| 42 | **Total Cash Disbursements:** | $0 | $766,740 |
| 43 | **Net Increase (Decrease) in Cash** | $0 | $4,103,613 |
| 44 | **Cash Balance, Beginning of Period** | $4,104,119 | $506 |
| 45 | **Cash Balance, End of Period** | $4,104,119 | $4,104,119 |

Case: 17-10067   Doc# 110   Filed: 03/11/20   Entered: 03/11/20 13:58:54   Page 11 of 16

Revised 1/1/98


P.O. Box 6010
Santa Maria, CA 93456-6010
*Return Service Requested*


Mechanics Bank
Member FDIC
NMLS #442116

Period Covered:
February 01, 2020 - February 29, 2020
Page 1 of 4

Andrea Wirum
PO BOX 1108
Lafayette CA 94549

| | |
|---|---|
| Case Number | 17-10067 |
| Case Name | SVP |
| Trustee Number | 0000001222 |
| Trustee Name | Andrea Wirum |

📞 **Questions**
(800) 634-7734
banking.services@stretto.com
**www.stretto.com**

## CONSOLIDATED BALANCE SUMMARY

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | XXXXXX9466 | $1,038.76 | $1,038.76 |
| TRUSTEE CHECKING | XXXXXX9467 | $4,104,539.83 | $4,103,080.72 |
| **Total** | | **$4,105,578.59** | **$4,104,119.48** |

IN CASE OF ERRORS OR QUESTIONS

REGARDING YOUR STATEMENTS

Telephone us at (800) 465-2415


Mechanics Bank
P.O. Box 6010
Santa Maria, CA 93456-6010
*Return Service Requested*


Mechanics Bank
Member FDIC
NMLS #442116

Period Covered:
February 01, 2020 - February 29, 2020
Page 2 of 4

Andrea Wirum
PO BOX 1108
Lafayette CA 94549

| | |
|---|---|
| Case Number | 17-10067 |
| Case Name | SVP |
| Trustee Number | 0000001222 |
| Trustee Name | Andrea Wirum |

📞 **Questions**
(800) 634-7734
banking.services@stretto.com
**www.stretto.com**

## TRUSTEE CHECKING                                Account Number: XXXXXX9466

| | | | |
|---|---|---|---|
| Enclosures | 0 | **Beginning Balance** | **$1,038.76** |
| Avg Collected Balance | $1,038.00 | + Total Additions | $0.00 |
| | | - Total Subtractions | $0.00 |
| | | **Ending Balance** | **$1,038.76** |

***No activity this statement period***

Case: 17-10067    Doc# 110    Filed: 03/11/20    Entered: 03/11/20 13:58:54    Page 14 of 16



**Mechanics Bank**
P.O. Box 6010
Santa Maria, CA 93456-6010
*Return Service Requested*



Mechanics Bank
Member FDIC
NMLS #442116

Period Covered:
February 01, 2020 - February 29, 2020
Page 3 of 4

| | |
|---|---|
| Andrea Wirum | Case Number 17-10067 |
| PO BOX 1108 | Case Name SVP |
| Lafayette CA 94549 | Trustee Number 0000001222 |
| | Trustee Name Andrea Wirum |

📞 **Questions**
(800) 634-7734
banking.services@stretto.com
**www.stretto.com**

## TRUSTEE CHECKING

**Account Number: XXXXXX9467**

| | | | |
|---|---|---|---|
| Enclosures | 1 | **Beginning Balance** | **$4,104,539.83** |
| Avg Collected Balance | $4,103,231.00 | + Total Additions | $0.00 |
| | | - Total Subtractions | $1,459.11 |
| | | **Ending Balance** | **$4,103,080.72** |

**Checks**

\* Indicates a Skip in Check Number(s)
"E" Indicates an Electronic Check

| Check # | Date | Amount |
|---|---|---|
| 1101 | 02-04 | 1,459.11 |

**Daily Balances**

| Date | Amount | Date | Amount |
|---|---|---|---|
| 01-31 | 4,104,539.83 | 02-04 | 4,103,080.72 |

Case: 17-10067   Doc# 110   Filed: 03/11/20   Entered: 03/11/20 13:58:54   Page 15 of 16




Mechanics Bank
Member FDIC
NMLS #442116

Mechanics Bank
P.O. Box 6010
Santa Maria, CA 93456-6010
*Return Service Requested*

Account Number  XXXXXX9467

Period Covered:
February 01, 2020 - February 29, 2020
Page 4 of 4

| | | | | | |
|---|---|---|---|---|---|
| 02/04/20 | #1101 | $1,459.11 | 02/04/20 | #1101 | $1,459.11 |