UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

| In re | Case No. 17-10067 RLE |
|---|---|
| SVP, | Chapter 11 |
| Debtor. | Date: April 15, 2020<br>Time: 2:00 p.m.<br>Place: 1300 Clay Street, Ctrm. 201<br>Oakland, CA 94612<br>Hon. Roger L. Efremsky<br>All appearances are to be made by telephone. Gen. Order 38. |

### NOTICE OF HEARING ON APPLICATIONS FOR FINAL COMPENSATION AND EXPENSE REIMBURSEMENT

**TO CREDITORS, THE DEBTOR, THE UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE THAT** on **April 15, 2020** at **2:00 p.m.**, a telephonic hearing will be held before the Honorable Roger L. Efremsky, United States Bankruptcy Judge, on the first and final applications for compensation and expense reimbursement for services rendered of: Andrea A. Wirum, Successor Trustee, Rincon Law, LLP, counsel to the Successor Trustee, Bachecki, Crom & Co., LLP, accountant for the Successor Trustee, Timothy W. Hoffman, Original Trustee, Duane Morris LLP, counsel for the Original Trustee, and Kokjer, Pierotti, Maiocco & Duck, LLP, accountant for the Original Trustee. The fee and expense requests are as follows:

| Applicant | Fees | Expenses |
|---|---:|---:|
| Andrea A. Wirum, Successor Trustee | $91,920.00 | $75.00 |
| Rincon Law, LLP, Counsel for Successor Trustee | $163,837.50 | $224.15 |
| Bachecki, Crom & Co., LLP, Accountants for Successor Trustee | $52,851.50 | $134.16 |
| Timothy W. Hoffman, Original Trustee | $51,970.00 | $185.60 |
| Duane Morris LLP, Counsel for Original Trustee | $49,101.50 | $181.69 |
| Kokjer, Pierotti, Maiocco & Duck, LLP, Accountants for Original Trustee | $16,813.00 | $0.00 |

The sums requested by the Original Trustee and his professionals are for services rendered to the estate of SVP between February 1, 2019, through August 7, 2019. The Original Trustee and his professionals are also requesting compensation from the SVC estate for the same period of time.

On the Effective Date of the Debtor's Plan of Reorganization, the Successor Trustee turned over to the Reorganized Debtor in care of its counsel approximately $4 million; if the Court approves the applications filed by the Successor Trustee, her counsel, and her accountant, and the Original Trustee, his counsel, and his accountant, there are sufficient funds to pay all Chapter 11 administrative expense requests, all allowed claims, and a substantial surplus. The Successor Trustee is informed and believes that pre-petition creditors commonly referred to as the Trade Creditors have been paid in full already or will be paid in full shortly in conformity with the confirmed plan of reorganization.

The applications are available for review in the office of the Clerk of the United States Bankruptcy Court, 1300 Clay Street, 3rd Floor, Oakland, California. Creditor attendance at the hearing is welcome but is not required.

**PLEASE TAKE FURTHER NOTICE** that if you wish to object to the applications, your objection should be made in writing and filed with the Clerk, U.S. Bankruptcy Court, 1300 Clay Street, 3rd Floor, Oakland, CA 94612, and served upon Trustee's Counsel at the address below no later than seven (7) days before the hearing.

DATED: March 23, 2020            RINCON LAW, LLP

                                 By: /s/Charles P. Maher
                                     Charles P. Maher
                                     Counsel for Andrea A. Wirum,
                                     Successor Trustee

Charles P. Maher, State Bar No. 124748
RINCON LAW, LLP
200 California Street, Suite 400
San Francisco, CA 94111
Telephone No.: 415-840-4199
Facsimile No.: 415-680-1712
Email: cmaher@rinconlawllp.com