1  John D. Fiero (CA Bar No. 136557)
   PACHULSKI STANG ZIEHL & JONES LLP
2  150 California Street, 15th Floor
   San Francisco, California 94111-4500
3  Telephone: 415.263.7000
   Facsimile: 415.263.7010
4  E-mail: jfiero@pszjlaw.com

5  *Attorneys for Reorganized Debtor SVP*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SANTA ROSA DIVISION

In re:                                    Case No.: 17-10067-RLE

**SVP,**                                  Chapter 11

                    Debtor.              **NOTICE AND OPPORTUNITY FOR
                                         HEARING REGARDING
                                         REORGANIZED DEBTOR'S MOTION
                                         TO CLOSE CHAPTER 11 CASE
                                         PURSUANT TO SECTION 350(a) OF
                                         THE BANKRUPTCY CODE**

                                         [Pursuant to B.L.R. 3022-1, no hearing
                                         unless objection filed or hearing requested]

**TO THE HONORABLE ROGER L. EFREMSKY, UNITED STATES BANKRUPTCY
JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ECF PARTIES:**

   **PLEASE TAKE NOTICE** that SVP (the "Reorganized Debtor") under the *Combined Plan
and Disclosure Statement (December 20, 2019)* as modified (the "Plan") has moved for entry of a
final decree closing the above-referenced Chapter 11 case pursuant to section 350(a) of the
Bankruptcy Code (the "Motion").

   The Motion is made in accordance with the terms of the Plan on the grounds that
administration of the case has been completed within the meaning of section 350(a) of the
Bankruptcy Code.

   The Motion is based on this Notice, the accompanying Memorandum of Points and
Authorities and proposed order (Exhibit A thereto), the Declaration of Ross Sullivan, and any other
pleadings and evidence before the Court at the hearing.

1

**PLEASE TAKE FURTHER NOTICE** pursuant to Bankruptcy Local Rule 3022-1(b), an

2 application for a final decree shall be considered by the Court without a hearing, unless a party in

3 interest files and serves a request for hearing within <u>fourteen (14) days</u> after the date of service of

4 this Notice.

**PLEASE TAKE FURTHER NOTICE** that if there is no timely objection or request for

5

6 hearing, the Court may grant the relief requested in the Motion by default without further notice and

7 without a hearing.

8 Dated:   June 2, 2020                           PACHULSKI STANG ZIEHL & JONES LLP

9

10                                                     By: */s/ John D. Fiero*

11                                                         John D. Fiero
                                                        *Attorneys for Reorganized Debtor SVP*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA