John D. Fiero (CA Bar No. 136557)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415.263.7000
Facsimile: 415.263.7010
E-mail: jfiero@pszjlaw.com

*Attorneys for Reorganized Debtor SVP*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SANTA ROSA DIVISION**

| | |
|---|---|
| In re: | Case No.: 17-10067-RLE |
| **SVP,** | (Jointly Administered) |
| Debtor. | Chapter 11 |
| | **CERTIFICATE OF SERVICE** |

STATE OF CALIFORNIA      )
                                       )
CITY OF SAN FRANCISCO   )

      I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

      On June 2, 2020, I caused to be served the following documents in the manner stated below:

- **REORGANIZED DEBTOR'S MOTION TO CLOSE CHAPTER 11 CASE PURSUANT TO SECTION 350(a) OF THE BANKRUPTCY CODE**

- **MEMORANDUM OF POINTS AND ATHORITIES IN SUPPORT OF REORGANIZED DEBTOR'S MOTION TO CLOSE CHAPTER 11 CASE PURSUANT TO SECTION 350(a) OF THE BANKRUPTCY CODE**

- **DECLARATION OF ROSS SULLIVAN IN SUPPORT OF REORGANIZED DEBTOR'S MOTION TO CLOSE CHAPTER 11 CASE PURSUANT TO SECTION 350(a) OF THE BANKRUPTCY CODE**

- **NOTICE AND OPPORTUNITY FOR HEARING ON REORGANIZED DEBTOR'S MOTION TO CLOSE CHAPTER 11 CASE PURSUANT TO SECTION 350(a) OF THE BANKRUPTCY CODE**

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **June 2, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☐ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

      I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

      Executed on June 2, 2020 at San Francisco, California.

                                                  */s/ Oliver Carpio*
                                                Legal Assistant

1. **SERVED VIA ECF/NEF**

- **Jay D. Crom**   jcrom@bachcrom.com
- **Michael C. Fallon**   mcfallon@fallonlaw.net, manders@fallonlaw.net
- **John D. Fiero**   jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- **Geoffrey A. Heaton**   gheaton@duanemorris.com, dmicros@duanemorris.com
- **Timothy W. Hoffman**   twh1761@yahoo.com, ca73@ecfcbis.com
- **Charles P. Maher**   cmaher@rinconlawllp.com, aworthing@rinconlawllp.com
- **Office of the U.S. Trustee / SR**   USTPRegion17.SF.ECF@usdoj.gov
- **Aron M. Oliner**   roliner@duanemorris.com, dmicros@duanemorris.com
- **Jason Rosell**   jrosell@pszjlaw.com, mrenck@pszjlaw.com
- **Jason Brill Shorter**   jason.b.shorter@usdoj.gov, patti.vargas@usdoj.gov
- **Philip S. Warden**   philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- **Andrea A. Wirum**   trustee@wirum.com, CA22@ecfcbis.com
- **Andrea A. Wirum**   trustee@wirum.com, CA22@ecfcbis.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

DOCS_SF:103549.1 82168/001