# Exhibit A

Timothy W. Hoffman, Trustee
State Bar No. 114962
Post Office Box 1761
Sebastopol, CA 95473
Telephone No.: (707) 874-2066

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                                ) Case No.: 17-10067 RLE
                                                      )
    SVP                                               ) Chapter 11
                                                      )
                                                      )
    Debtor                                            )
                                                      )
_____/

NOTICE OF TRUSTEE'S RESIGNATION

TO THE OFFICE OF THE UNITED STATES TRUSTEE:

Timothy W. Hoffman hereby resigns as Chapter 11 Trustee in the above-referenced case due to a conflict of interest.

Dated:   8/7/19                               <u>Timothy W. Hoffman</u>
                                              Timothy W. Hoffman