1  John D. Fiero (CA Bar No. 136557)
   PACHULSKI STANG ZIEHL & JONES LLP
2  150 California Street, 15th Floor
   San Francisco, California 94111-4500
3  Telephone: 415.263.7000
   Facsimile: 415.263.7010
4  E-mail: jfiero@pszjlaw.com

5  *Attorneys for Equity Owners*
   *Ross Sullivan and Kelleen Sullivan*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **In re**<br><br>**SVC,**<br><br>Debtor. | Case No.: 17-10065-RLE<br><br>Chapter 11<br><br>**NOTICE OF (1) PLAN CONFIRMATION HEARING, AND (2) BALLOTING AND OBJECTION DEADLINES RELATED CONFIRMATION OF THE COMBINED PLAN AND DISCLOSURE STATEMENT PROPOSED BY SULLIVAN FAMILY (DECEMBER 20, 2019)**<br><br>**CONFIRMATION HEARING**<br>Date: February 26, 2020<br>Time: 10:00 a.m.<br>Place: 1300 Clay Street, Room 201<br>      Oakland, CA 94612<br>Judge: The Hon. Roger L. Efremsky |

**TO ALL CREDITORS AND PARTIES ENTITLED TO NOTICE UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002:**

**PLEASE TAKE NOTICE THAT** at a hearing to take place on February 26, 2020 at 10:00 a.m. in the courtroom of the Honorable Roger L. Efremsky located at 1300 Clay Street, Room 201 Oakland, CA on February 26, 2020 at 10:00 a.m., the Court will consider the *Combined Plan and Disclosure Statement Proposed by Sullivan Family (December 20, 2019)* (the "Plan").

**PLEASE TAKE FURTHER NOTICE THAT** the Court has set the following schedule of events leading up to the February 26, 2020 hearing:

1. All ballots regarding the Plan are due (completed, signed and returned by United States Postal Service Mail) so that they are received no later than **February 12, 2020 at 5:00 p.m. (Pacific Time)** at the following address:

> SVC Plan Ballot Processing
> c/o John D. Fiero
> Pachulski Stang Ziehl & Jones LLP
> 150 California Street, 15th Floor
> San Francisco, CA 94111-4500

*The ballots are included in your service package on blue paper. A prepaid and pre-addressed envelope is included to assist you in submitting your ballot.* Do not send your ballot via facsimile or e-mail. If your ballot is not properly completed, signed and returned as described, it will not be counted. If your ballot is damaged or lost, you may request a replacement by sending a written request to the above address.

2. All objections to confirmation of the Plan shall be filed with the Court no later than February 12, 2020.

Dated: December 20, 2019      PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ John D. Fiero*
John D. Fiero
*Attorneys for Equity Owners*
*Ross Sullivan and Kelleen Sullivan*